MARWA M. RIFAHIE (SBN 280777)
    mrifahie@cair.com
Council on American-Islamic Relations-CA
2180 W. Crescent Ave, Suite F
Anaheim, CA 92801
T: (714) 776-1177 /F: (714)776-8340

CAREY SHENKMAN (*Pro Hac Vice* Pending)
    careyshenkman@riseup.net
124 Washington Pl.
New York, NY 10014
T: (212) 243-3805 / F: (212) 243-2007

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTY POWELL,<br><br>*Plaintiff*,<br><br>vs.<br><br>CITY OF LONG BEACH, a political subdivision; POLICE CHIEF ROBERT G. LUNA in his official capacity; EDUARDO SALDANA in his individual and official capacities; CONRAD PENN in his individual and official capacities; DOES 1-4 in their individual and official capacities<br><br>*Defendants.* | Case No.: 2:16-cv-02966-PJW<br><br>**NOTICE OF SETTLEMENT**<br><br>**Motion Cut-Off:** 7/11/2017<br>**Pre-Trial Conference**: 9/18/2017<br>**Trial Date:** 10/3/2017 |

**TO THE COURT:**

1

**PLEASE TAKE NOTICE** that in accordance with Local Rule 16-15.7 and the instructions of the Court, the parties hereby submit this Notice of Settlement to notify the Court that the Parties participated in a private mediation before the Honorable Carla M. Woehrle (Ret.) and have reached a settlement subject to approval by the Long Beach City Council. A formal settlement agreement has been circulated between the parties for review and execution. The Parties estimate that a vote will be held on the settlement of this matter by the Long Beach City Council by late August 2017.

The Plaintiff respectfully requests that Court allow the parties until September 18, 2017 to file a stipulation to dismiss, or file a status report regarding progress of settlement efforts.

DATED: June 28, 2017

**COUNCIL ON AMERICAN-ISLAMIC RELATIONS-CA**

By: /s/ Marwa M. Rifahie
Marwa M. Rifahie, Esq.
*Attorney for Plaintiff*