MARWA M. RIFAHIE (SBN 280777)
mRifahie@cair.com
Council on American-Islamic Relations-CA
2180 W. Crescent Ave, Suite F
Anaheim, CA 92801
T: (714) 776-1177 /F: (714)776-8340

CAREY SHENKMAN (*Pro Hac Vice*)
careyshenkman@riseup.net
124 Washington Pl.
New York, NY 10014
T: (212) 243-3805 / F: (212) 243-2007

*Attorneys for Plaintiff*

MONTE H. MACHIT (SBN 140692)
333 West Ocean Blvd., 11th Floor
Long Beach, CA 90802-4664
T: (562) 570-2200/F: (562)436-1579

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTY POWELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a political subdivision; POLICE CHIEF ROBERT G. LUNA in his official capacity; EDUARDO SALDANA in his individual and official capacities; CONRAD PENN in his individual and official capacities; DOES 1-4 in their individual and official capacities<br>       Defendants. | Case No.: 2:16-cv-02966-GHK-SK<br><br>*[Assigned to the Honorable Philip S. Gutierrez]*<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff Kirsty Powell ("Plaintiff") by and through her undersigned attorneys, and Defendants City of Long Beach, Police Chief Robert G. Luna, Eduardo Saldana and Conrad Penn (collectively, "Defendants"), by and through their undersigned attorneys, **NOW HEREBY STIPULATE AND AGREE**, as follows:

1. Plaintiff's entire Complaint against Defendants, including all causes of action alleged therein, is hereby dismissed with prejudice; and

2. All Parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: August 9, 2017

COUNCIL ON AMERICAN-ISLAMIC RELATIONS-CA

By: *[signature]*
Marwa M. Rifahie
*Attorneys for Plaintiff*

The above signatory attests the concurrence in the filing of this documents has been obtained from the signatory below.

OFFICE OF THE CITY ATTORNEY, LONG BEACH

By: *[signature]*
Monte H. Machit
*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2017

_____
Honorable Philip S. Gutierrez
United States District Court Judge,
Central District of California